SOCIETE TITANOR, APPELLEE, v. SELDEN-BRECK CONSTRUCTION COMPANY, APPELLANT.

FILED FEBRUARY 7, 1930. No. 27027.

*Kennedy, Holland, De Lacy & McLaughlin,* for appellant.

*Congdon, Finlayson & Burke, contra.*

Heard before Goss, C. J., Dean, Good, Eberly and Day JJ., and Paine, District Judge.

PER CURIAM.

This is an action on a written contract to recover for a quantity of tool steel sold by plaintiff to defendant. The district court for Douglas county sustained plaintiff's motion for a directed verdict and entered judgment against defendant for $2,113.54. Defendant has appealed.

We have carefully considered the record and find the same free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.